UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNNETTE SPONSLER,<br><br>               Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>               Defendant. | Case No. C14-1-TSZ-BAT<br><br>**REPORT AND RECOMMENDATION** |

      Lynnette Sponsler brought an action seeking review of the denial of her application for Supplemental Security Income. Dkt. 3. The Commissioner has filed a stipulated motion to remand the case, pursuant to sentence six of 42 U.S.C. § 405(g), for further administrative proceedings. Dkt. 9. The parties agree the case should be remanded because significant portions of the recording of the hearing the ALJ held on October 5, 2012 are inaudible. *Id.* The parties further agree that on remand, the Administrative Law Judge shall conduct a *de novo* hearing. *Id.*

      The Court has reviewed the motion and record, and recommends the case be **REVERSED** and **REMANDED** for further administrative proceedings pursuant to the terms of the parties' stipulated motion. As the parties stipulate to remand, the Court recommends if this recommendation is adopted, that it be approved immediately. A proposed order accompanies

REPORT AND RECOMMENDATION - 1

1  this Report and Recommendation.

2  The Clerk shall note the matter for March 14, 2014 as ready for the District Judge's
3  review.

4  DATED this 14th day of March, 2014.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2