UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNNETTE SPONSLER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. C14-1-TSZ<br><br>**ORDER REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS PURSUANT TO SENTENCE SIX** |

The Court having considered the Stipulated Motion for Remand, docket no. 9, and the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 10, does hereby find and **ORDER**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) The case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3) If the outcome of the remand is not fully favorable to plaintiff, the Commissioner shall file with the Court a transcript of the record on which the Commissioner's action is based, and plaintiff may seek judicial review by filing a motion to reinstate this case rather than by filing a new complaint.

(4) If the outcome is fully favorable to plaintiff, the parties shall move the Court for entry of Judgment.

(5) Pursuant to sentence six of 42 U.S.C. § 405(g), the Court will retain jurisdiction over this matter.

(6) The Clerk is directed to CLOSE this case and to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 2nd day of April, 2014.

THOMAS S. ZILLY
United States District Judge

ORDER REMANDING CASE FOR FURTHER ADMINISTRATIVE
PROCEEDINGS PURSUANT TO SENTENCE SIX - 2