UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNNETTE SPONSLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | C14-0001 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　Pursuant to the parties' stipulated motion, docket no. 12, the Plaintiff's complaint is DISMISSED without prejudice.

(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of November, 2024.

　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　s/Laurie Cuaresma
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1